This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF STATE OF NEW MEXICO

**No. A-1-CA-37514**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.

**BRUCE BENDER,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF CURRY COUNTY**
**Fred T. Van Soelen, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
M. Anne Kelly, Assistant Attorney General
Albuquerque, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Nina Lalevic, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**VARGAS, Judge.**

**{1}** Defendant appeals his conviction for intentional child abuse, not resulting in death or great bodily harm. On appeal, Defendant contends that insufficient evidence was presented to support the jury's conviction. This Court issued a notice of proposed disposition, proposing to reverse. The State filed a notice of intent not to file a memorandum in opposition.

**{2}** Therefore, for the reasons stated in our calendar notice, we reverse.

**{3}    IT IS SO ORDERED.**

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**BRIANA H. ZAMORA, Judge**